UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:15-CR-305-1F(4)

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | O R D E R |
| V. : | |
| CHRISTOPHER BLAKE SQUIRE : | |

Upon motion of the United States of America, by and through the United States Attorney for the Eastern District of North Carolina, it is hereby ORDERED that all court records pertaining to CHRISTOPHER BLAKE SQUIRES be changed to reflect the proper identification of the defendant as CHRISTOPHER BLAKE SQUIRE.

This the __23__ day of September, 2016.

*James C. Fox*
JAMES C. FOX
SENOIR, UNITED STATES DISTRICT JUDGE