IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:15-CR-00305-F-1

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| CHRISTOPHER BLAKE SQUIRE, | ) | |
| Defendant. | ) | |

This matter is before the court *sua sponte*. It has come to the court's attention that Count Four of the Indictment charges Squire with possessing a firearm in furtherance of a drug trafficking crime, as set forth in Counts Two and <u>Three</u>. *See* Indictment [DE-1]. This appears to be an error in the Indictment because the drug trafficking crimes are Counts One and Two. *Id.* Count Three charges Squire with maintaining a place for the purpose of manufacturing, distributing, and using controlled substances. *Id.* The Government's Jury Instructions with respect to Count Four refer to Counts One and Two, not Two and Three as the Indictment states.

SO ORDERED.

This the 27 day of September, 2016.

JAMES C. FOX
Senior U.S. District Judge