UNITED STATES OF AMERICA
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION



Case No: <u>5:15-CR-305-1F</u>

**UNITED STATES OF AMERICA**
    **Plaintiff**
vs.                                   ORDER

**CHRISTOPHER BLAKE SQUIRE**
    **Defendant**

IT IS HEREBY ORDERED that the following government exhibit(s) admitted into evidence on 10/4/2016, be turned over to the case agent, Sean Brady, to be retained in his custody until this case is completed, including any matters on appeal:

| Govt. Exhibit No.: | Description: |
|---|---|
| 43 | Handgun |
| 51 | Evidence Envelope |
| 51a | Plastic Bag with 80.22g heroin |
| 56 | White box |
| 56a | Plastic bag with 149.40g heroin |
| 56b | Plastic bag - original packaging |
| 54 | Evidence Envelope |
| 54a | Currency |
| 55 | Evidence Envelope |
| 55a | Currency |
| 50 | Evidence Envelope |
| 50a | Plastic Bag with 7.65 g heroin |

| | |
|---|---|
| 52 | Evidence Envelope |
| 52a | Plastic Bag with 1.42g heroin |
| 53 | Evidence Envelope |
| 53a | Plastic Bag with 1.42g heroin |
| 57 | Evidence Envelope |
| 57a | Packaging with heroin |
| 58 | Evidence Envelope |
| 58a | Packaging with heroin |
| 59 | Evidence Envelope |
| 59a | 14.1g of heroin taken from book |
| 60 | Evidence Envelope |
| 60a | Plastic bag with 14.1g heroin |
| 44a | Ammunition |
| 44b | Box of ammunition |
| 70 | Evidence Envelope |
| 70a | Top to a false container |

This 5th day of October, 2016

*James C. Fox*
James C. Fox
Senior U.S. District Judge

Agent's Signature: *S.P. Brady*
ATF TFO.