IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:15-CR-305-F-1

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | **PRELIMINARY ORDER OF** |
| ) | **FORFEITURE** |
| CHRISTOPHER BLAKE SQUIRE, ) | |
| ) | |
| Defendant. ) | |

Before the court is the Government's Motion for Issuance of Order of Forfeiture pursuant to Rule 32.2(b) of the Federal Rules of Criminal Procedure.[1]  [DE 87].

On October 22, 2015, Defendant was charged in a four-count indictment with violations of the Controlled Substance Act, 21 U.S.C. §§ 841(a)(1) and (2), and 21 U.S.C. § 856(a)(1), and a firearms violation, 18 U.S.C. § 924(c)(1)(A). The indictment's forfeiture notice identifies as forfeitable property a Smith and Wesson, Model 6896 .357 caliber handgun, serial number AFH7713M, and any and all accompanying ammunition. According to the Government, the forfeitable property is worth less than $1,000 and it is unaware of any other potential claimants.

On October 5, 2016, a jury found Defendant guilty as to all counts. The firearm and ammunition are part and parcel of the offense to which Defendant was found guilty. By virtue of the entry of the verdict, the court finds the United States "has established the requisite nexus between the property and the offense"[2] and is therefore entitled to Defendant's interest in said

---

[1] This civil forfeiture may be pursued in this criminal proceeding by virtue of 28 U.S.C. § 2461(c).

[2] FED. R. CRIM. P. 32.2(b)(1)(A).

property pursuant to 18 U.S.C. § 924(d)(1).[3]

    Accordingly, it is ORDERED as follows:

(1)    The Government's motion [DE 87] is ALLOWED;

(2)    The United States is authorized to seize the above-stated property, and that property is forfeited to the United States for disposition in accordance with the law, as allowed by Fed. R. Crim. P. 32.2(b)(3). This Order is now final as to Defendant.[4]

(3)    The Government is relieved from the notice requirements set forth in Supplemental Rule G(4) of the Federal Rules of Civil Procedure;[5] and

(4)    The Clerk of Court is DIRECTED to incorporate a reference to this Preliminary Order of Forfeiture in the applicable section of the Judgment in a Criminal Case;[6]

SO ORDERED.

This the 8th day of December, 2016.

*[signature]*
JAMES C. FOX
Senior United States District Judge

---

[3]    18 U.S.C. § 924(d)(1) provides in relevant part that "[a]ny firearm or ammunition involved in or used in any knowing violation of 18 U.S.C. § 924 . . . shall be subject to seizure and forfeiture . . . ."

[4]    *See* FED. R. CRIM P. 32.2(b)(4)(A) (stating a preliminary forfeiture order is final as to the defendant at "sentencing – or at any time before sentencing if the defendant consents . . . .").

[5]    *See* FED. R. CIV. P. SUPP. R. G(4)(a)(i),(b).

[6]    *See* FED. R. CRIM. P. 32.2(b)(4)(B).